UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

UNITED STATES OF AMERICA

   v.

CAMERON STROKE,

      Defendant.

**ORDER**

14-CR-45S

───────────────────────────────

On April 28, 2015, the Court held a bail review hearing (Dkt. No. 59) to adjudicate the Government's motion to revoke bail (Dkt. No. 52). Following the hearing, the Court denied the Government's motion except to add certain conditions pertaining to third-party risk notification. The United States Probation Office ("USPO") submitted an amended order setting conditions of release. (Dkt. No. 60.)

Following the hearing, defense counsel contacted chambers informally by electronic mail to express concern that the docket minutes and the amended order setting conditions of release did not match the Court's determinations from the bench. The Court ordered a transcript of the bail review hearing. (Dkt. No. 61.) After reviewing the transcript and the amended order setting conditions of release, the Court has decided that issuing this Order would provide better clarity than trying to interpret certain phrases that were used during the bail review hearing.

For all of the reasons stated previously at the bail review hearing and preserved in the transcript, the Court again denies the Government's motion except to add third-party risk notification. The condition will operate as follows. Third-party risk notification is required for any job in which 1) defendant, however momentarily, will be the only adult in any room with anyone under the age of 18; or 2) defendant, however momentarily, will be the only adult within 50 feet of anyone under the age of 18 for any outdoor setting. The USPO will use its discretion to enforce this requirement. Defendant's current job is exempt from third-party risk notification.

This Order supersedes all prior determinations regarding third-party risk notification and supersedes Condition 8(w) of the Amended Order Setting Conditions of Release, to the extent that the condition is inconsistent with this Order.

SO ORDERED.

                                                                                                         /s Hugh B. Scott
                                                                                                          HONORABLE HUGH B. SCOTT
                                                                                                          UNITED STATES MAGISTRATE JUDGE

DATED: May 8, 2015