UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

United States of America

          v.

Cameron Stroke,

                  Defendant.

**Decision and Order**
14-CR-45S

---

After considering defendant's recent memorandum (Dkt. No. 124) and hearing from the parties in person on November 30, 2016, the Court has decided to allow another reopening of the suppression hearing. Defendant will be allowed to obtain the testimony of retired Assistant Attorney General Nancy Snyder ("Snyder"). The hearing will occur on January 10, 2017 at 10:30 AM. Speedy-trial time remains excluded because pretrial motions remain pending.

The Court will not limit or define the scope of the hearing precisely. Defendant is advised, however, to focus on the ultimate goal of establishing a Fourth Amendment violation in a way that is not foreclosed by the cases that the Court has identified for eventual supplemental briefing. (Dkt. Nos. 115, 117.) The hearing should not be used to prosecute Snyder for alleged violations of state law in themselves. (*See* Dkt. No. 124 at 5.)

SO ORDERED.

                                            __/s Hugh B. Scott_____
                                            HONORABLE HUGH B. SCOTT
                                            UNITED STATES MAGISTRATE JUDGE

DATED: December 1, 2016